COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Dolcefino Communications, LLC

Appellate case number:     01-20-00382-CV

Trial court case number:    19-CV-0814

Trial court:                405th District Court of Galveston County

Relator, Dolcefino Communications, LLC's filed petition for writ of mandamus challenging the trial court's order denying relator's petition for pre-suit discovery pursuant to Rule 202 of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 202. On September 10, 2020, this Court issued an opinion dismissing relator's mandamus petition for lack of subject-matter jurisdiction. Subsequently, relator filed a "Motion to Supplement Record in Support of Petition for Writ of Mandamus, or in the Alternative, Motion for Leave to Supplement the Record in Support of Petition for Writ of Mandamus." In the motion, relator seeks to supplement the mandamus record to include "written power of attorney documents."

Relator's motion states that the mandamus record can be supplemented pursuant to rule 52.7 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.7(b) ("After the record is filed, relator or any other party to the proceeding may file additional materials for inclusion in the record."). However, the "written power of attorney documents" which relator seeks to supplement were neither presented to the trial court, nor provided to this Court as a part of the mandamus record. In determining whether a trial court has erred, we are limited to considering only the record presented to the trial court. *See In re M-I L.L.C.*, 505 S.W/3d 569, 574 (Tex. 2016) ("In determining whether a trial court abused its discretion, a reviewing court is generally bound by the record before the trial court at the time its decision was made."); *In re Sanchez*, 571 S.W.3d 833, 836–37 (Tex. App.— Houston [1st Dist.] 2018, orig. proceeding).

Accordingly, relator's motion to supplement the mandamus record, or for leave to supplement the mandamus record, is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____
                         ☑ Acting individually    ☐ Acting for the Court

Date: ___December 22, 2020_____